Name Lynn M. Allen
Bar # 012612
Firm Tyson & Mendes, LLP
Address 7910 E. Thompson Peak Pkwy
Suite 101
Scottsdale, AZ 85255
Telephone (480) 571-5031
lallen@tysonmendes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Collette Churchill,<br><br>Plaintiff,<br><br>vs.<br><br>Accor Management US Inc., et al.<br><br>Defendant. | **Case No.** 2:23-cv-01897-SRB<br><br>Corporate **Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Defendant IRE Crown Rinks, Inc. in compliance with the provisions of (*check one*):

☐ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☑ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_______________ Relationship _______________

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_______________ Relationship _______________

☑ Other(please explain):

Removal to federal court. See attached, Exhibit A.

☑ Diversity case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
|---|---|
| IRE Crown Rinks, Inc. | Texas |
| Accor Management US Inc. | Delaware |
| Fairmont Scottsdale Princess | N/A (Fictitious entity/Trade name) |
| InProduction, Inc. | Delaware |
| Plaintiff Collette Churchill | Arizona |
| | |
| | |
| | |
| | |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 13th day of September, 2023.

*/s/ Lynn M.* Allen

Counsel of Record

Certificate of Service:

I hereby certify that on September 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants and e-mailed copies of the attached document to:

Toby P. Mulholland
Rubens & Mulholland
77 W. Washington St., Ste. 1119
Chicago, IL 60602
tpm@rkminjurylaw.com
Attorneys for Plaintiff

Kira N. Barrett
Gordon & Rees
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004
knbarrett@grsm.com
Attorneys for Defendants Accor Management US Inc. and Fairmont Scottsdale Princess

By: *<u>/s/ Cheryl A. Scates</u>*

**Exhibit A to Defendant IRE Crown Rink's Rule 7.1(a)(2)**
**Corporate Disclosure Statement**

1. Defendant IRE Crown Rinks, Inc. is a privately owned Texas corporation. Its sole member is a resident of Texas. It maintains its principal place of business in The Woodlands, Texas.

2. Defendant Accor Management US Inc. is a Delaware corporation. It maintains its principal place of business in National Harbor, Maryland.

a) Accor Management US Inc. is a brand of Accor SA, domiciled in France. Accor SA is majority self-owned and minority owned by eight entities: Shanghai State-Owned Assets Supervision & Administration (12.82 %); Qatar Investment Authority (Investment Management) (8.496 %); Parvus Asset Management Europe Ltd. (6.727 %); Kingdom Holding Co. (Investment Management) (6.227 %); Harris Associates LP (4.803 %); The Vanguard Group, Inc. (2.362 %); Barings (UK) Ltd. (1.921 %); Accor SA Employee Stock Ownership Plan (1.810 %); Norges Bank Investment Management (1.575 %); and Schroder Investment Management Ltd.(1.220 %).

i. Shanghai State-Owned Assets Supervision & Administration is Chinese, State-owned.

ii. Qatar Investment Authority (Investment Management) is wholly owned and subject to supervision by the Government of the State of Qatar.

iii. Parvus Asset Management Europe Ltd. is a Hedge Fund Manager located in London United Kingdom, Europe.

iv. Kingdom Holding Co. (Investment Management) is a Saudi conglomerate holding company based in Riyad.

v. Harris Associates LP is limited partnership headquarted in Chicago, Illinois. It is wholly owned by Natixis Investment Managers, a French limited company that is principally owned by BPCE (Banque Populaire and Caisse d'Epargne) a French banking group.

vi. The Vanguard Group, Inc. is a Pennsylvania corporation wholly owned by its members with its principal place of business in Pennsylvania.

vii. Barings (UK) Ltd. is a private limited company formed in the United Kingdom with its principal place of business in London, England.

viii. Accor SA Employee Stock Ownership Plan, is part of Accor SA, a French company.

ix. Norges Bank Investment Management is the central bank of Norway, solely state owned and domiciled in Oslo, Norway.

x. Schroder Investment Management Ltd. is a private limited Company created in the United Kingdom with its headquarters in London, England.

3. Defendant Fairmont Scottsdale Princess is a fictious entity who is solely a trade name of Accor Management US Inc., a Delaware corporation with its principal place of business in Maryland.

4. Defendant Inproduction, Inc. is currently a wholly owned Delaware corporation. It maintains its principal place of business in Warrenville, Illinois.

5. Plaintiff Collette Churchill is a resident and citizen of the state of Arizona.