**Exhibit A to Rule 7.1(a)(2) Corporate Disclosure Statement of Defendants Accor Management US, Inc. and Fairmont Princess Scottsdale**

1. Defendant Accor Management US, Inc. is a Delaware corporation with its principal place of business in Maryland. It is a subsidiary of FHI Finances (U.S.) Inc., a Delaware corporation (84.59%), Accor SA, a publicly traded French corporation (15.41%), and eight minority owners.

2. Defendant Fairmont Scottsdale Princess is a trade name of Accor Management US, Inc., a Delaware corporation with its principal place of business in Maryland.